

## ORDERED in the Southern District of Florida on February 7, 2013.

A. Jay Cristol, Judge
United States Bankruptcy Court

___

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:

JORGE LUIS VELEZ

                                                          Case No.: 12-32649-AJC
                                                          Chapter: 13

_____**Debtors**_____/

### AGREED ORDER GRANTING MOTION TO VALUE AND DETERMINE SECURED STATUS OF LIEN ON REAL PROPERTY HELD BY SUNTRUST MORTGAGE, INC., DE #20

THIS CASE came to be heard on the Debtor's *Motion to Value and Determine Secured Status of Lien on Real Property Held by Suntrust Mortgage, Inc.,* (Docket Entry #20; the "Motion"). Based upon the Debtor's assertions made in support of the Motion, without objection, having considered the record in this case, and being duly advised in the premises, the Court FINDS as follows:

    A.    The value of Debtors' real property (the "Real Property") located at 9851 S.W. 45 Street, Miami, Florida 33165, more particularly described as:

**Legal Description: Lot 24, Block 17, TROPICAL ESTATES, according to the map or plat thereof, as recorded in Plat Book 50, Page 98, of the Public Records of Miami-Dade County, Florida.**

    is $143,000.00 at the time of filing of this case.

B. The total of all claims secured by liens on the Real Property senior to the lien of *Select Portfolio Servicing, Inc. as loan servicer for DLJ Mortgage Capital, Inc.*[1] (the "Lender") is $0.00.

C. The equity remaining in the real property after payment of all claims secured by liens senior to the lien of Lender is $143,000.00 and Lender has a secured interest in the Real Property in such amount.

Consequently, it is **ORDERED** as follows:

1. The motion is **GRANTED.**

2. Lender has an allowed secured claim of $143,000.00.

3. Because Lender's secured interest in the Real Property is $143,000.00, Lender's mortgage recorded on December 31, 2008, in book 26704 on pages 1965 – 1974 (10 pages) in the official records of Miami-Dade County, Florida shall be deemed void and shall be extinguished automatically, without further order of the Court, upon completion of all plan payments as stated in paragraph five (5) and entry of the debtor's discharge in this chapter 13 case. If this case is converted to a case under any other chapter or if the chapter 13 case is dismissed, Lender's mortgage will no longer be considered void and shall be restored as a lien on the Real Property.

4. Lender has not filed a proof of claim in this case. The trustee shall not disburse any payments to Lender unless a proof of claim is timely file. In the event a proof of claim is filed, it shall be classified as a secured claim in the amount stated in paragraph two (2) above, and as a general unsecured claim for any amount in excess of such secured claim, regardless of the original classification in the proof of claim as filed.

5. Lender's secured claim shall be paid during the plan by the Debtor paying principal and interest of $2,715.00 per month for months 1 through 60 at 5.25% interest, for a total

amount of $162,900.00. The Debtor is responsible for payment of all post-petition taxes and insurance which are to be paid outside the plan.

6. The Real Property may not be sold or refinanced without proper notice and further order of the Court.

7. Notwithstanding the foregoing, this Order is not recordable or enforceable until the debtor completes all plan payments as stated in paragraph five (5) and receives a discharge in this chapter 13 case. Furthermore, this Order is not recordable unless Debtor Raquel Sanchez, case number 12-32892, completes all plan payments in the aforementioned case and receives a discharge in bankruptcy case 12-32892.

###

Submitted By:
RICARDO CORONA, ESQ.
Florida Bar No. 111333
CORONA LAW FIRM
3899 NW 7 Street, Suite 202-B
Miami, FL 33126
(305) 266-1150 Phone

Attorney for debtor is directed to serve a conformed copy of this Order on all interested parties immediately upon receipt hereof and to file a certificate of service.

---

[1] The original lender was Suntrust Mortgage, Inc. Subsequently, said note and mortgage were assigned to DLJ Mortgage Capital, Inc. Select Portfolio Servicing, Inc. is acting as loan servicer for DLJ Mortgage Capital, Inc.